■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT VELEZ, Also Known as GILBERT PEREZ, Appellant.—Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered on July 9, 1987, convicting defendant, upon his plea of guilty, of one count of attempted criminal possession of stolen property in the first degree, two counts of criminal possession of a weapon in the third degree, and one count of burglary in the first degree and sentencing him to consecutive indeterminate terms of imprisonment of 1½ to 3 years, 2 to 4 years and 4½ to 9 years, respectively, is unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Kupferman, J. P., Sullivan, Milonas, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE ALICEA, Appellant.—Judgment, Supreme Court, Bronx County (Joan Sudolnik, J.), rendered on July 19, 1988, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree and sentencing